IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KENNETH R. KING, EXECUTOR OF THE ESTATE OF BONNIE B. KING, DECEASED<br><br>　　　　Plaintiff<br><br>vs.<br><br>BROOKDALE SENIOR LIVING COMMUNITIES, INC.<br><br>　　　　Defendant | CASE NO. 5:16-cv-00175-SL<br><br>JUDGE SARA LIOI<br><br>MAGISTRATE JUDGE<br>GEORGE J. LIMBERT<br><br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii) |

Now come the parties, by and through counsel, to hereby stipulate that the above-captioned matter is dismissed without prejudice.

Respectfully submitted,　　　　　　　　　Respectfully submitted,

/s/ John T. Scanlon　　　　　　　　　　　/s/ Keith Hansbrough – 3/22/16 by email
JOHN T. SCANLON (0064169)　　　　　　KEITH HANSBROUGH (0072671)
THE SCANLON GROUP CO., L.P.A.　　　　KENNETH W. McCAIN (0069720)
50 South Main Street, Suite 504　　　　　MARSHALL DENNEHEY WARNER
Akron, OH 44308　　　　　　　　　　　COLEMAN & GOGGIN
330-376-4558-phone/330-376-3550-fax　　127 Public Square, Suite 3510
jscanlon@scangrp.com – e-mail　　　　　Cleveland, OH 44114
Attorney for Plaintiff, Kenneth R. King,　　216-912-3809-phone/216-912-3801-fax
Executor of the Estate of Bonnie B. King,　kkhansbrough@mdwcg.com;
Deceased　　　　　　　　　　　　　　　kwmccain@mdwcg.com – e-mail
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　Brookdale Senior Living Communities, Inc.

**IT IS SO ORDERED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

March 24, 2016